# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

              Respondent,

v.

DARLENE RUTH RANDMEL,

              Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

No. 70733-7-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: MAY 2 7 2014

PER CURIAM. Darlene Randmel appeals her conviction for possession of methamphetamine, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, No. 69766-8 (Wash. February 18, 2014) and the cases cited therein.

Affirmed.

For the Court:

Beaker, J.

Leach, J.